IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COLLEEN BAROUSSE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 16 C 10415 |
| | ) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This Court has belatedly received copies of the filings in connection with this Complaint for Administrative Review, in which Colleen Barousse ("Barousse") seeks to recover Social Security benefits (both for disability insurance and for supplemental security).[1] This memorandum order is issued sua sponte because of a question left open by Ms. Barousse's counsel in the In Forma Pauperis Application ("Application") that accompanied the Complaint.

Nothing in the Application poses any question as to Barousse's individual qualification for in forma pauperis ("IFP") treatment. But Application ¶ 3 reflects that she is married and that her husband is currently employed, and yet the rest of that question -- which calls for statements as to his monthly salary or wages and as to the name and address of his employer -- is left totally blank. That lack of information, coupled with the representation in Application ¶ 7 that the

---

[1] Although this District Court's LR 5.2(f) calls for the near-immediate delivery of a courtesy copy to the chambers of the District Judge assigned to the case, this action was filed on November 8 but a copy was not received here in chambers until November 21.

family home appears to be almost debt-free,[2] suggests that the couple might readily be able to handle payment of the filing fee.

It may well be that further information will qualify Barousse for IFP status, in which case this Court will act quickly on the Application. This Court will accordingly await the swift supplementation of the Application by the provision of the missing input. And if that is done, this Court also anticipates the issuance of a memorandum order calling for an initial status hearing, although input from the parties' counsel as to a timetable for the customary cross-motions for summary judgment may obviate the need for that.

_____
Milton I. Shadur
Senior United States District Judge

Date: November 29, 2016

---

[2] On that score, the home is represented as having a current value of $180,000, with the Barousses' equity listed at $179,000.