**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **COLLEEN BAROUSSE**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 16 C 10415 |
| | ) | |
| **CAROLYN W. COLVIN**, Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM ORDER

As contemplated by this Court's sua sponte January 10, 2017 memorandum order, plaintiff Colleen Barousse ("Barousse") has provided payment of the $400 filing fee in connection with her Complaint for Administrative Review seeking both disability insurance benefits and supplemental security benefits under the Social Security Act. In the meantime a copy of the administrative record has already been delivered to this Court's chambers. Accordingly this Court will await word from Barousse's lawyer or the lawyer representing Social Security Commissioner Carolyn Colvin or both as to the timetable for filing the anticipated cross-motions for summary judgment in such Social Security cases.

_____
Milton I. Shadur
Senior United States District Judge

Date: January 13, 2017